

Thursday, November 6, 2014

No. 15–0107/AR. U.S. v. Jessica V. Kimball. CCA 20121002. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 14–0650/AR. U.S. v. Kenneth E. Hagstrom. CCA 20121058. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

* It is directed that the promulgating order be corrected to reflect that Charge VI alleged a violation of Article 107, vice Article 701.

WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY ACCEPTING APPELLANT'S PLEAS OF GUILT TO DISOBEYING THE ORDER OF HIS COMMANDER IN VIOLATION OF ARTICLE 90, UCMJ, WHEN THE ULTIMATE OFFENSES AT ISSUE WERE THE MINOR OFFENSES OF RESTRICTION BREAKING DESCRIBED UNDER ARTICLE 134, UCMJ, AND THE RECORD DOES NOT REFLECT APPELLANT'S UNDERSTANDING THAT THE ORDER IMPOSING RESTRICTION WAS ISSUED WITH THE FULL AUTHORITY OF HIS COMMANDER'S OFFICE TO LIFT THE DUTY "ABOVE THE COMMON RUCK."

No briefs will be filed under Rule 25.

No. 15–0109/MC. U.S. v. Gregory T. Miles. CCA 201300272. On consideration of Appellant's second motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, but only up to and including November 25, 2014.

